IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 10-cv-01219-JLK

**DOUGLAS SELLIER**

                Plaintiff,

v.

**CITY OF COLORADO SPRINGS and City of Colorado Springs Police Officers J.
FLORES, ALAN VAN'T LAND, STEVEN COLLINS, FELIX JULIANO, in their
individual capacities,**

                Defendants.

---

ORDER

---

Kane, J.

        This matter is currently before me on Defendant City of Colorado Springs' Motion to

Dismiss, Doc. 9, and Plaintiff's Motion to Dismiss Defendant City of Colorado Springs Without

Prejudice, Doc. 14. Having considered these motions, Plaintiff's motion is GRANTED and

Defendant City of Colorado Springs' motion is DENIED as moot. Plaintiff's claim against

Defendant City of Colorado Springs shall be dismissed without prejudice.


DATED: July 13, 2010                    BY THE COURT:

                                        /s/ John. L. Kane
                                        Senior United States District Judge