IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01219-JLK-MJW

DOUGLAS SELLIER,

Plaintiff,

v.

J. FLORES,
ALAN VAN'T LAND,
STEVEN COLLINS, and
FELIX JULIANO,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERE**D that the plaintiff's Unopposed Motion to Amend Complaint **(Docket No. 22)** is **granted**, and the tendered First Amended Complaint and Jury Demand (Docket No. 22-1) is accepted for filing as of the date of this Minute Order.

It is further **ORDERED** that the Unopposed Motion to Amend Complaint **(Docket No. 18)** is thus **denied as moot**.

Date: August 2, 2010